```
Date: 03/12/06    Call: 0672    PDJob#: 0607103176         NYFDJob#:  ....
Initial type:    EDP            Final type:  EDP       --- PSYCHIATRIC PATIENT
CRO:# 6530 (CR00)   Disp:# 0888 (MN3D)   Held ?: YES  Relay:   Segment: 7  Area: M7  Atom: 028F
Location:    207 W 110 ST ,MN


05:06:58      PDCOMP              (T40) ACTING OUT IN LOBBY OF LOC HOLDING A BAT AND BREAKING WINDOWS
                                  ACTIGN VIOLENT..MC CB 347 524 1914 ATTEMPT TO NTFY RO NO ANSWR..MC
                                  STS MLE AT LOC IS GOING CRAZY BREAKING ITEMS IN LOBBY WITH BAT OPR
                                  1289 CP 40+ (8630)
05:07:57      ENTRY               (8630) 54E1
05:07:57      FINAL               (8630)ACK SENT TO PD  - JOB FIRST SENT TO RELAY
05:08:12      PDEMS               (T40) MC MARCELLO CB 347 524 1914 RESIDES AT LOC AND CAN HEAR AND
                                  SEE THE MLE AT LOC..STS UNSURE IF MLE RESIDES AT LOC ..ANI-ALI-
                                  3475241914 SPRINTPCS 306 W 112 ST NE SECTOR COS:WPH1 LAT:040.804831
                                  LON:-073.955454 OPER 1289-CP40+
05:08:13      SUPPLEMENT-PD       (D41A) 000ESA2 ASSIGNED+
05:08:29      SUPPLEMENT-PD       (T40) +
05:08:29      CHANGED-NAME        NYPD (T40) "" TO "MC MARCELLO"
05:08:29      CHANGED-PHONE       NYPD (T40) "(   )         " TO "(347)5241914"
05:08:30      HELD                (0825) (0825) , BLS NUA
05:08:30      SUGG-UNITS1         (0825)  Dual
05:08:30      SUGG-UNITS2         (0825) %11U1 %12Z1   Dual %10U1
05:08:30      SUGG-UNITS3         (0825) %11U1 %12Z1   Dual %10U1
05:12:48      SUPPLEMENT-PD       (D07A) 028A ASSIGNED+
05:12:50      SUPPLEMENT-PD       (D07A) 028F ASSIGNED+
05:13:22      SUPPLEMENT-PD       (D07A) UNIT ADVISE OF ADDITIONAL D1521+
05:23:45      SUPPLEMENT-PD       (D07A) 028F 84  +
05:24:00      SUPPLEMENT-PD       (D07A) AUTH 28F REQ ESU FOR EDP NEED ETA D1521+
05:24:30      SUPPLEMENT-PD       (D07A) 028LT1 ASSIGNED+
05:24:40      SUPPLEMENT-PD       (D07A) AUTH 28F REQ LT1 TO LOCATION D1521+
05:24:53      PDEMS               (D07A) ETA FOR ESU PLZ D1521+
05:25:52      SUPPLEMENT-PD       (D07A) AUTH 28F GAIN ENTRY TO APT SD1521+
05:26:03      SUPPLEMENT-PD       (D41A) 000EST2 ASSIGNED+
05:29:59      SUPPLEMENT-PD       (D41A) 000ESU3 ASSIGNED+
05:30:51      COMP-TRANSFER       (0825) M5 < M7 FOR 12G1
05:30:51      SUGG-UNITS1         (0825) >12G1  Dual ~12B1
05:30:51      SUGG-UNITS2         (0825) %11U1 %12Z1   Dual %10U1
05:30:51      SUGG-UNITS3         (0825) >12G1 %11U1 %12Z1   Dual %10U1 ~12B1
05:31:01      SUGG-UNITS1         (0888) >12G1  Dual ~12B1
05:31:01      SUGG-UNITS2         (0888) %11U1 %12Z1   Dual %10U1
05:31:01      SUGG-UNITS3         (0888) >12G1 %11U1 %12Z1   Dual %10U1 ~12B1
05:31:01      ASSIGNED            (0888) 12G1 #7200 ROSADO EMT, HILDA HN:13 #7508 DORSINVILLE EMT,
                                  DIANA HN:13 97
05:31:01      ETA-88              (0888) 12G1=053600 023I 028F
05:31:14    * DMSG-RECEIVED       (7200) 12G1
05:31:28      SUPPLEMENT-PD       (D07A) ADAM 2 ENROUTE D1521+
05:31:55    * ENROUTE             (7200) 12G1
05:32:50      SUPPLEMENT-PD       (D41A) 000ESA2 84  +
05:33:00      SUPPLEMENT-PD       (D07A) AUTH 28A APT 11 D1521+
05:34:22      SUPPLEMENT-PD       (D41A) 000ESU3 84  +
05:42:10    * ONSCENE             (7200) 12G1
05:50:51      PDEMS               (D07A) AUTH 28 LT1 REQ 1 ADDITIONAL EMS CREW TO LOCATION D1521+
```



```
Date: 03/12/06   Call: 0672   PDJob#: 0607103176        NYFDJob#:  ....
Initial type:   EDP       Final type:   EDP        --- PSYCHIATRIC PATIENT
CRO:# 0630 (CR00)   Disp:# 0888 (MN3D)   Held ?: YES  Relay:   Segment: 7  Area: M7  Atom: 028F
Location:   207 W 110 ST ,MN


05:51:39      PDEMS              (D07A) ETA PLZ FOR ADDITIONAL EMS CREW TO LOCATION D1521+
05:52:08      CONTACT            (0888) 12G1 , NRR
05:53:11      CONTACT            (0888) 12G1 , NRR
05:53:18      PDEMS              (D07A) RO 8708 NFTD INREGARDS TO 1 ADDITIONAL EMS CREW TO LOCATION+
05:53:45      CONTACT            (0888) 12G1 , NRR
05:53:59      SUPPLEMENT         (8708)() - A/P PDL 1521..REQ ANOTHER BUS AT LOC...NFI
05:55:09      MISC               (0888) 12G1 , NO BLS AVAIL
05:56:23      CONTACT            (0888) 12G1 , WILL CHECK AND ADV IF ANOTHER BUS IS NEEDED
05:57:48      PDEMS              (D07A) AUTH 28LT1 REQ ETA FOR 1 ADDITIONAL EMS CREW D1521+
06:00:39      TOPD               (0888) NEXT AVAIL,,DO YOU HAVE CONDITION FOR 2ND BUS,,THANX
06:02:10      SUGG-UNITS1        (0825) %12D1   Dual
06:02:10      SUGG-UNITS2        (0825) %11U1   Dual
06:02:10      SUGG-UNITS3        (0825) %12D1 %11U1   Dual
06:02:10      ASSIST             (0825) 12D1 #1093 WARING EMT, MARCUS STA-10 #3223 PEREZ EMT, YANKO
                                 BATT-10 89 @ 207 W 110 ST ,MN , 2ND PT
06:02:10      ETA-88             (0825) 12D1=060510 028C 028F
06:02:31    * ENROUTE            (1093) 12D1
06:02:32    * DMSG-RECEIVED      (1093) 12D1
06:02:54      SUPPLEMENT-PD      (D07A) UNIT ADVISE 28 LT1 REDIRECT INREGARD TO ETA FOR 1 ADDIT EMS
                                 CREW D1521+
06:08:58      SUPPLEMENT-PD      (D41A) 000ESA2 91  +
06:09:46    * ONSCENE            (1093) 12D1
06:11:06      SUPPLEMENT-PD      (D07A) 028A 84   STILL OUT IN REGS-----AS OF 0611 HRS-----D 1623+
06:12:07    * HDSP               (7200) 20 MN 12G1 FOR GED /CREW
06:12:08    * GIVE-DISPO         (7200) 12G1 82B
06:14:44    * 10-81              (7200) 12G1
06:16:34    * HDSP               (1093) 20 MN 12D1 FOR GED /CREW
06:16:34    * GIVE-DISPO         (1093) 12D1 82B
06:19:30      SUPPLEMENT-PD      (D07A) 028LT1 84   STILL OUT IN REGS-----AS OF 0619 HRS-----D 1623+
06:23:23      SUPPLEMENT-PD      (D07A) 28F STILL OUT IN REGS-----AS OF 0623 HRS-----D 1623+
06:24:15      SUPPLEMENT-PD      (D07A) 028F 87   AUTH OF 28F-----GOING TO ST LUKES HOSPITAL IN REGS--
                                 ----ADV OVER AIR-----AS OF 0624 HRS-----D 1623+
06:29:40    * 10-81              (1093) 12D1
06:33:56      SUPPLEMENT-PD      (D07A) 028A 98  +
06:40:28      10-81T             (0825) 12G1
06:41:05    * 10-98              (7200) 12G1
06:49:24      SUPPLEMENT-PD      (D07A) 28LT1 STILL OUT IN REGS-----AS OF 0649 HRS-----D 1623+
06:50:50    * 10-98              (1093) 12D1
06:50:50    * CLOSED
06:55:10      SUPPLEMENT-PD      (D07A) 28F STILL OUT AT ST LUKES ROOSEVELT HOSPITAL IN REGS-----AS
                                 OF 0655 HRS-----D 1623+
07:49:27      SUPPLEMENT-PD      (D07A) 028F 97E193Q 93C +
07:53:30      SUPPLEMENT-PD      (D07A) 1 UNDER AS OF 0753HRS-----ADV VIA LL------D2355+
```