UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X

| | |
|---|---|
| MAXINE VESTERHALT,<br><br>                                                                             Plaintiff,<br><br>-against-<br><br>THE CITY OF NEW YORK, POLICE OFFICER BAHIR MUSTAFA, Shield No. 8703, DETECTIVE THOMAS HOURICAN, Shield #7555, DETECTIVE ROBERT YAEGER, Shield #5676, DETECTIVE TRACY KUPINSKI, Shield #6863, DETECTIVE THOMAS DRISCOLL Shield #7187, and LIEUTENANT RUEL STEPHENSON, 28th Precinct,<br><br>                                                                   Defendants. | **REPLY DECLARATION OF PHILIP S. FRANK IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO ENFORCE SETTLEMENT OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**<br><br>07 Civ. 02142 (MGC) |

---------------------------------------------------------------- X

**PHILIP S. FRANK**, an attorney duly admitted to practice in the Southern District of New York, declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following statements are true:

1. I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants City of New York, Bahir Mustafa, Thomas Hourican, Robert Yaeger, Tracyann Kupinski, Thomas Driscoll, and Ruel Stephenson ("City defendants"). I am familiar with the facts and circumstances stated herein and submit this reply declaration in further support of defendants' motion to enforce the settlement agreement or in the alternative for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

2. Annexed hereto as Exhibit "O" is a copy of City defendants' letter dated June 1, 2009, confirming the parties' agreed upon briefing schedule for Defendants' Motion to Enforce Settlement or in the Alternative for Summary Judgment.

Dated: New York, New York
      July 14, 2009

                MICHAEL A. CARDOZO
                Corporation Counsel of the
                City of New York
                Attorney for Defendants City of New York,
                Bahir Mustafa, Thomas Hourican, Robert
                Yaeger, Tracyann Kupinski, Thomas
                Driscoll, and Ruel Stephenson
                100 Church Street, Room 3-183
                New York, New York 10007
                (212) 788-0893

By:    */s/ Philip S. Frank*
                Philip S. Frank (PF-3319)
                Assistant Corporation Counsel

Docket No. 07 Civ. 02142 (MGC)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| MAXINE VESTERHALT,<br><br>                                                       Plaintiff,<br><br>                       -against-<br><br>THE CITY OF NEW YORK, POLICE OFFICER BAHIR MUSTAFA, Shield No. 8703, DETECTIVE THOMAS HOURICAN, Shield #7555, DETECTIVE ROBERT YAEGER, Shield #5676, DETECTIVE TRACY KUPINSKI, Shield #6863, DETECTIVE THOMAS DRISCOLL Shield #7187, and LIEUTENANT RUEL STEPHENSON, 28th Precinct,<br><br>                                                 Defendants. |
| **REPLY DECLARATION OF PHILIP S. FRANK IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO ENFORCE SETTLEMENT OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT AND EXHIBIT** |
| *MICHAEL A. CARDOZO*<br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendants City of New York, Bahir Mustafa, Thomas Hourican, Robert Yaeger, Tracyann Kupinski, Thomas Driscoll, and Ruel Stephenson*<br>*100 Church Street, Room 3-183*<br>*New York, N.Y. 10007*<br><br>*Of Counsel: Philip S. Frank*<br>*Tel: (212) 788-0893*<br>*NYCLIS No. 2007-014160* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y. ......................................................., 2009*<br><br>*................................................................................Esq.*<br><br>*Attorney for ........................................................................* |